# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

158524 & (76)(77)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ROBERT WAYNE PRUESNER,
     Defendant-Appellee.

SC: 158524
COA: 337576
Oakland CC: 2016-260209-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 20, 2018 judgment and order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk

s1127